## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| In Re:<br><br>**MICHAEL D. AND CHRISTINE M. RAPP,**<br><br>**Debtors** | **Chapter 13 Bankruptcy**<br><br><br>**Bankruptcy No. 18-10050 REF** |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**TO:    U.S. TRUSTEE AND CHAPTER 13 TRUSTEE, NOTICE IS GIVEN THAT:**

The Debtor has filed a Motion to Consider the Debtor-Wife as the Next Friend of the Debtor-Husband for the Purpose of the Meeting of Creditors Only ("Motion").  If a copy of the Motion is not enclosed with this Notice, a copy  can be obtained by contacting the Movant's counsel, George M. Lutz, Esquire, at Hartman, Valeriano, Magovern & Lutz, P.C., Hartman, Valeriano, Magovern & Lutz, P.C., 1100 Berkshire Boulevard, Wyomissing, PA  19610, Ph.:  610-779-0772.

Any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA  19601, and must deliver a copy to Movant, whose name and address appear below, on or before August 13, 2018, at 5:00 pm.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for August 16, 2018, at 9:30 am in Courtroom No. 1, The Madison Building, 400 Washington Street, Reading, Pennsylvania.  In the absence of any answer, objection, or other responsive pleading, the Court may approve the relief requested in Motion without the requirement of a hearing.

Dated:  July 15, 2018                    **Hartman, Valeriano, Magovern & Lutz, PC**

                              **by:**    /s/ George M. Lutz
                                  _____
                                  **George M. Lutz, Esquire**
                                  **1100 Berkshire Boulevard, Suite 301**
                                  **Wyomissing, PA  19610**
                                  **Pa. Attorney ID No.: 46437**