**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **MICHAEL D. AND CHRISTINE M. RAPP** <br><br> **Debtors** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 18-10050 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtors' Motion to Consider the Debtor-Wife as the Next Friend of the Debtor-Husband for the Purpose of the Meeting of Creditors Only, were served upon the addresses listed below by way of electronic means on July 15, 2018:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE
RRamos-Cardona@fredreiglech13.com

KEVIN G. MCDONALD on behalf of Creditor Home Point Financial Corporation
bkgroup@kmllawgroup.com

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

            By:    *s/Alyssa J. Merkey*
                      1100 Berkshire Blvd., Suite 301
                      Wyomissing, PA  19610
                      610-779-0772