**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **MICHAEL D. AND CHRISTINE M. RAPP** | **Bankruptcy No. 18-10050 REF** |
| **Debtors** | |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certifies that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Motion to Consider the Debtor-Wife as the Next Friend of the Debtor-Husband for the Purpose of the Meeting of Creditors Only, and requests that the court grant and the Motion to Consider the Debtor-Wife as the Next Friend of the Debtor-Husband for the Purpose of the Meeting of Creditors Only, as the Motion is uncontested.

Date:  August 15, 2018

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

            **by:**    */s/ George M. Lutz*

                         George M. Lutz, Esquire
                         1100 Berkshire Blvd, Suite 301
                         Wyomissing, PA 19610
                         Attorney I.D. No. 46437
                         Phone:  610-779-0772
                         Fax: 610-779-7473