UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re:<br><br>MICHAEL D. AND CHRISTINE M. RAPP,<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 18-10050 REF |
|---|---|

ORDER

AND NOW, upon consideration of the attached Motion to Consider the Debtor-Wife as the Next Friend of the Debtor-Husband for the Purpose of the Meeting of Creditors Only ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor-Wife, Christine Rapp, is authorized and allowed to act as the next friend and representative of Michael Rapp, the Debtor-Husband, for the purposes of attending and participating in the Meeting of Creditors required by 11 U.S.C. 341 in this bankruptcy proceeding.

**Date: August 16, 2018**

BY THE COURT:

_____
Richard E. Fehling
Chief United States Bankruptcy Judge

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Boulevard, Suite 301**
**P.O. Box 5828**
**Wyomissing, PA  19610**

**Michael D. and Christine M. Rapp**
**4306 7th Avenue**
**Temple, PA 19560**

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
POB 4010
Reading, PA  19606