United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-10050-ref
Michael D. Rapp                                                          Chapter 13
Christine M. Rapp
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: SaraR              Page 1 of 1              Date Rcvd: Aug 16, 2018
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb         +Michael D. Rapp,    Christine M. Rapp,    4306 7th Avenue,    Temple, PA 19560-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Michael D. Rapp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Christine M. Rapp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| In Re:<br><br>MICHAEL D. AND CHRISTINE M. RAPP,<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 18-10050 REF |
|---|---|

## ORDER

AND NOW, upon consideration of the attached Motion to Consider the Debtor-Wife as the Next Friend of the Debtor-Husband for the Purpose of the Meeting of Creditors Only ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor-Wife, Christine Rapp, is authorized and allowed to act as the next friend and representative of Michael Rapp, the Debtor-Husband, for the purposes of attending and participating in the Meeting of Creditors required by 11 U.S.C. 341 in this bankruptcy proceeding.

**Date: August 16, 2018**

BY THE COURT:

_____
Richard E. Fehling
Chief United States Bankruptcy Judge

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Michael D. and Christine M. Rapp
4306 7th Avenue
Temple, PA 19560

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
POB 4010
Reading, PA  19606