**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **MICHAEL D. AND CHRISTINE M. RAPP,** <br><br> Debtors | **Chapter 13** <br><br> **Bankruptcy No. 18-10050 REF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., , certify that a true and correct copy of the Notice of Continued Meeting of Creditors was served upon the addresses listed below and upon all parties in interest, via first class mail and/or by way of electronic means on August 29, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, readingecf@ramapo.com

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - RRamos-Cardona@fredreiglech13.com

KEVIN G. MCDONALD on behalf of Creditor Home Point Financial Corporation - bkgroup@kmllawgroup.com

Michael D. and Christine M. Rapp
4306 7th Avenue
Temple, PA 19560

                                                **Hartman, Valeriano, Magovern & Lutz, P.C.**

           By:    *s/Alyssa J. Merkey*
                     1100 Berkshire Boulevard, Suite 301
                     Wyomissing, PA  19610
                     Phone:  610-779-0772
                     Fax: 610-779-7473
                     Email:  amerkey@hvmllaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 18-10050-ref<br>Eastern District of Pennsylvania<br>Reading<br>Wed Aug 29 12:19:06 EDT 2018 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | Arcadia Recovery Bureau<br>P.O. Box 6768<br>Reading, PA 19610-0768 |
| CAPITAL ONE BANK USA<br>PO BOX 30281<br>Salt Lake City, UT 84130-0281 | CAPITAL ONE BANK USA<br>c/o Michael F. Ratchford, Esquire<br>409 Lackawanna Avenue, Suite 3<br>Scranton, PA 18503-2059 | CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 |
| Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 |
| Commonwealth of Pennsylvania<br>Office of the Inspector General<br>POB 8040<br>Harrisburg, PA 17105 | DEPT OF ED / NELNET<br>3015 Parker Road<br>Suite 400<br>Aurora, CO 80014-2904 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 |
| Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | HOME POINT FINANCIAL CORPORATION<br>1160 Parcippany BL<br>Suite B<br>Parsippany, NJ 07054-1811 | HOME POINT FINANCIAL CORPORATION<br>c/o Matthew Fissel, Esquire/KML Law Grou<br>P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| Home Point Financial Corporation<br>c/o Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | La Salle University<br>Office of Student Accounts Receivable<br>1900 West Olney Avenue<br>Philadelphia, PA 19141-1108 | M&M Credit<br>6324 Taylor Drive<br>Flint, MI 48507-4680 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | Marc A. Crum<br>555 Walnut Street, 8th Floor<br>Harrisburg, PA 17101-1928 | Office of State Inspector General<br>555 Walnut Street, 8th Floor<br>Harrisburg, PA 17101-1928 |
| Trans Union<br>P.O. Box 1000<br>Chester, PA 19022 | U.S. Department of Education C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| VA Medical Center Lebanon<br>1700 S Lincoln Ave<br>Lebanon, PA 17042-7597 | Christine M. Rapp<br>4306 7th Avenue<br>Temple, PA 19560-1804 | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1100 Berkshire Blvd.<br>Suite 301<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 |
| Michael D. Rapp<br>4306 7th Avenue<br>Temple, PA 19560-1804 | WILLIAM MILLER*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606-2265 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Home Point Financial Corporation

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29

**Standing Chapter 13 Trustee - Reading**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Phone: (610) 779-1313 Fax: (610) 779-3637

William C. Miller,
 Interim Trustee
Polly A. Langdon
Rolando Ramos

Mail All Payments to
William C. Miller
Interim Trustee
P.O. Box 680
Memphis, TN 38101-0680

Date:       August 24, 2018

Memo To:    GEORGE M LUTZ ESQUIRE
            HARTMAN VALERIANO MAGOVERN & LUTZ PC
            1100 BERKSHIRE BLVD SUITE 301
            WYOMISSING. PA. 19610-

From:       William C. Miller, Interim Trustee

RE:         MICHAEL D RAPP   CHRISTINE M RAPP
            Bankruptcy No.   18-10050

Dear Sir or Madam:

The Section 341(a) Meeting of creditors on the above-captioned bankruptcy has been rescheduled as follows:

            Date:       09/25/2018

            Time:       02:30 P. M,        NEXT FRIEND WIFE

            Location:   Chapter 13 Meeting Room
                        2901 St. Lawrence Avenue
                        Reading, PA 19606

WCM/eg

cc:    MICHAEL D RAPP   CHRISTINE M RAPP
       4306 7TH AVENUE

       TEMPLE PA 19560

General Email: Info@FredReigleCh13.com * Website: www.FredReigleCh13.com * Document Upload: www.13documents.com