**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-10050-ref |
| Michael D. Rapp<br>Christine M. Rapp | Chapter 13 |
| Debtors. | Judge Richard E. Fehling |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                            4-1
Last 4 Digits of Account Number:      4230

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
| | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on September 10, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    George M. Lutz, Debtors' Counsel
    glutz@hvmllaw.com

    William Miller, Chapter 13 Trustee
    ecfemail@FredReigleCh13.com

    Office of the United States Trustee
    ustpregion03.PH.ECF@usdoj.gov

I further certify that on September 10, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Michael D. Rapp, Debtor
    4306 7th Avenue
    Temple, PA 19560

    Christine M. Rapp, Debtor
    4306 7th Avenue
    Temple, PA 19560

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com