**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**MICHAEL D. AND CHRISTINE M. RAPP**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10050 REF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Amended Chapter 13 Plan was served upon the addresses listed below and all parties in interest by way of electronic means on December 1, 2018 and/or via first class mail on December 7, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - RRamos-Cardona@fredreiglech13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KEVIN G. MCDONALD on behalf of Creditor Home Point Financial Corporation - bkgroup@kmllawgroup.com

Michael D. and Christine M. Rapp
4306 7th Avenue
Temple, PA 19560

                                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

                          By:    *s/Alyssa J. Merkey*
                                  1100 Berkshire Blvd., Suite 301
                                  Wyomissing, PA  19610
                                  610-779-0772

```
Label Matrix for local noticing          Reading                                  Arcadia Recovery Bureau
0313-4                                   400 Washington Street                    P.O. Box 6768
Case 18-10050-ref                        Suite 300                                Reading, PA 19610-0768
Eastern District of Pennsylvania         Reading, PA 19601-3951
Reading
Fri Dec  7 14:41:14 EST 2018

CAPITAL ONE BANK USA                     CAPITAL ONE BANK USA                     CSC Credit Services
PO BOX 30281                             c/o Michael F. Ratchford, Esquire        Box 740040
Salt Lake City, UT 84130-0281            409 Lackawanna Avenue, Suite 3           Atlanta, GA 30374-0040
                                         Scranton, PA 18503-2059


Capital One Bank                         Capital One Bank (USA), N.A.             Chex Systems Inc.
PO Box 30281                             PO Box 71083                             ATTN: Customer Relations
Salt Lake City, UT 84130-0281            Charlotte, NC  28272-1083                7805 Hudson Rd
                                                                                  Suite 100
                                                                                  Woodbury, MN 55125-1703


Commonwealth of Pennsylvania             DEPT OF ED / NELNET                      Equifax Information Services LLC
Office of the Inspector General          3015 Parker Road                         P.O. Box 740256
POB 8040                                 Suite 400                                Atlanta, GA 30374-0256
Harrisburg, PA 17105                     Aurora, CO 80014-2904


Experian                                 HOME POINT FINANCIAL CORPORATION         HOME POINT FINANCIAL CORPORATION
Business Information Services            1160 Parcippany BL                       c/o Matthew Fissel, Esquire/KML Law Grou
475 Anton Blvd.                          Suite B                                  P.C.
Costa Mesa, CA 92626-7037                Parsippany, NJ 07054-1811                701 Market Street, Suite 5000
                                                                                  Philadelphia, PA 19106-1541


Home Point Financial Corporation         La Salle University                      M&M Credit
11511 Luna Road, Suite 300               Office of Student Accounts Receivable    6324 Taylor Drive
Farmers Branch, TX 75234-6022            1900 West Olney Avenue                   Flint, MI 48507-4680
                                         Philadelphia, PA 19141-1108


MIDLAND FUNDING LLC                      Marc A. Crum                             Office of State Inspector General
PO BOX 2011                              555 Walnut Street, 8th Floor             555 Walnut Street, 8th Floor
WARREN MI 48090-2011                     Harrisburg, PA 17101-1928                Harrisburg, PA 17101-1928


Trans Union                              U.S. Department of Education C/O Nelnet  United States Trustee
P.O. Box 1000                            121 South 13th Street, Suite 201         Office of the U.S. Trustee
Chester, PA 19016-1000                   Lincoln, NE 68508-1911                   833 Chestnut Street
                                                                                  Suite 500
                                                                                  Philadelphia, PA 19107-4405


VA Medical Center Lebanon                Christine M. Rapp                        GEORGE M. LUTZ
1700 S Lincoln Ave                       4306 7th Avenue                          Hartman, Valeriano, Magovern & Lutz, PC
Lebanon, PA 17042-7597                   Temple, PA 19560-1804                    1025 Berkshire Blvd.
                                                                                  Suite 700
                                                                                  P.O. Box 5828
                                                                                  Wyomissing, PA 19610-5828


Michael D. Rapp                          WILLIAM MILLER*R
4306 7th Avenue                          Interim Chapter 13 Trustee
Temple, PA 19560-1804                    2901 St. Lawrence Avenue, Suite 100
                                         Reading, PA 19606-2265
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Home Point Financial Corporation        End of Label Matrix
                                           Mailable recipients   28
                                           Bypassed recipients    1
                                           Total                 29
```