**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re: <br><br> **MICHAEL D. AND CHRISTINE M. RAPP,** <br><br> Debtors | Chapter 13 <br><br> Bankruptcy No. 18-10050 AMC |

**O R D E R**

AND NOW this 5th day of March, 2020, upon consideration of the Chapter 13 Trustee's Motion to Dismiss and upon hearing held this date, it is hereby

ORDERED that the above captioned bankruptcy is dismissed without prejudice; and is further

ORDERED that this Court shall retain jurisdiction of this proceeding with respect to the Debtors' counsel's Application for Compensation and Reimbursement of Expenses filed on March 5, 2020.

BY THE COURT:

**Date: March 9, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge