United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-10050-amc
Michael D. Rapp                                                 Chapter 13
Christine M. Rapp
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore          Page 1 of 2          Date Rcvd: Mar 09, 2020
                              Form ID: pdf900          Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
```
db/jdb         +Michael D. Rapp,    Christine M. Rapp,    4306 7th Avenue,    Temple, PA 19560-1804
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14036217       +Arcadia Recovery Bureau,    P.O. Box 6768,    Reading, PA 19610-0768
14036214        CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14036221        Commonwealth of Pennsylvania,    Office of the Inspector General,    POB 8040,
                 Harrisburg, PA 17105
14036215       +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14036212       +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14479364       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
                 1025 Berkshire Blvd., Suite 700,    Wyomissing, PA 19610-1284
14036224       +HOME POINT FINANCIAL CORPORATION,     c/o Matthew Fissel, Esquire/KML Law Grou,    P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14036223       +HOME POINT FINANCIAL CORPORATION,    1160 Parcippany BL,    Suite B,    Parsippany, NJ 07054-1811
14073743       +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
14036225       +La Salle University,    Office of Student Accounts Receivable,    1900 West Olney Avenue,
                 Philadelphia, PA 19141-1108
14036226        M&M Credit,    6324 Taylor Drive,    Flint, MI 48507-4680
14078096       +Marc A. Crum,    555 Walnut Street, 8th Floor,    Harrisburg, PA 17101-1928
14078097       +Office of State Inspector General,    555 Walnut Street, 8th Floor,    Harrisburg, PA 17101-1928
14036213       +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
14036227       +VA Medical Center Lebanon,    1700 S Lincoln Ave,    Lebanon, PA 17042-7597
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2020 03:03:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14036219       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2020 02:53:13       CAPITAL ONE BANK USA,
                 PO BOX 30281,    Salt Lake City, UT 84130-0281
14036218       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2020 03:09:43       Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14045086        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2020 02:53:15
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14036216       +E-mail/Text: bankruptcy.notifications@fisglobal.com Mar 10 2020 03:03:13       Chex Systems Inc.,
                 ATTN: Customer Relations,    7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14036222       +E-mail/Text: electronicbkydocs@nelnet.net Mar 10 2020 03:03:11       DEPT OF ED / NELNET,
                 3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
14055491       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 10 2020 03:03:11       MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
14062171       +E-mail/Text: electronicbkydocs@nelnet.net Mar 10 2020 03:03:11
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                               TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14036220       ##+CAPITAL ONE BANK USA,    c/o Michael F. Ratchford, Esquire,    409 Lackawanna Avenue, Suite 3,
                 Scranton, PA 18503-2059
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: JEGilmore              Page 2 of 2                   Date Rcvd: Mar 09, 2020
                              Form ID: pdf900              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Michael D. Rapp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Christine M. Rapp glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**MICHAEL D. AND CHRISTINE M. RAPP,**<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 18-10050 AMC |

**O R D E R**

AND NOW this 5th day of March, 2020, upon consideration of the Chapter 13 Trustee's Motion to Dismiss and upon hearing held this date, it is hereby

ORDERED that the above captioned bankruptcy is dismissed without prejudice; and is further

ORDERED that this Court shall retain jurisdiction of this proceeding with respect to the Debtors' counsel's Application for Compensation and Reimbursement of Expenses filed on March 5, 2020.

BY THE COURT:

**Date: March 9, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge